# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GLEN GROCE,<br><br>                    Plaintiff,<br>      v.<br>THEODORE BERNARD CLAUDAT,<br>d/b/a QUALITY INSTANT PRINTING,<br><br>                    Defendant. | Case No. 09cv01630 BTM (WMc)<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

On January 31, 2012, Plaintiff filed the present motion for leave to file a second amended complaint (Doc. 67), attaching as an exhibit a proposed second amended complaint (Doc. 67-1). The proposed second amended complaint differs substantively from the First Amended Complaint only insofar as it seeks to add Quality Instant Printing, Inc., and DOES 1-X as defendants in this action.

Rule 20(a)(2) permits joinder of additional defendants. Rule 20 "is to be construed liberally in order to promote trial convenience and to expedite the final determination of disputes, thereby preventing multiple lawsuits." League to Save Lake Tahoe v. Tahoe Reg'l Planning Agency, 558 F.2d 914, 917 (9th Cir. 1977). The Court finds that Quality Instant Printing, Inc. is an appropriate party to join as a defendant.

Once the requirements of Rule 20 are met, "a district court must examine whether permissive joinder would comport with the principles of fundamental fairness or would result

in prejudice to either side." <u>Coleman v. Quaker Oats Co.</u>, 232 F.3d 1271, 1296 (9th Cir. 2000). Defendant asserts prejudice on the ground that if Plaintiff's motion is granted, Defendant will be deprived sufficient opportunity "to request discovery in relation to the corporation." (Opp. Br., Doc. 73, at 3.) It would seem that any documents relevant to the corporation would already be in the possession of Defendant, who is listed as the agent for service of process for Quality Instant Printing, Inc. in the "Business Entity Detail" attached to Defendant's response. <u>See</u> Doc. 73-2. However, to the extent Defendant maintains that he is prejudiced, he may move to request the reopening of discovery.

For the reasons set forth above, the Court GRANTS Plaintiff's motion (Doc. 67) and ORDERS that the Clerk shall file as the Second Amended Complaint the proposed second amended complaint attached to Plaintiff's motion (Doc. 67-1).

**IT IS SO ORDERED.**

Dated: September 16, 2012

**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge