FILED

NOV 21 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK GLENN GROCE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>THEODORE BERNARD CLAUDAT, DBA Quality Instant Printing<br><br>    Defendant - Appellee. | No. 13-55960<br><br>D.C. No. 3:09-cv-01630-BTM-WMC<br><br>U.S. District Court for Southern California, San Diego<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

     Appellee's motion to dismiss this case under Ninth Circuit Rule 42-1 is denied. The opening brief was filed on November 14, 2013. Appellee's answering brief is due 30 days after the date of this order. The optional reply brief is due within 14 days after service of the answering brief.

11.20.13_do/pro mo